JUAN PABLO CHAVEZ
*SUI JURIS*
℅ PAULA BALLEW
HOMELESS MAIL SERVICES
420 COURTLAND ST NE,
ATLANTA, GA 30308
(302) 566-JUAN
JCHAVEZ@ALUMNI.BERKLEE.EDU

18CV7965

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
&
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN PABLO CHAVEZ; TSE MANAGEMENT™ LLC DBA REASON, LOGIC & LAW™ DBA BFLAT+ MEDIA PUBLISHING™; GRBK MUSIC GROUP™ DBA JOHNNY ARCO™; FAER FOUNDATION™, INC. DBA FINE ARTS EDUCATION REFORM™;<br><br>Plaintiffs,<br>-against-<br><br>GREGORY WYLIE VIOLIN MAKER; GREGORY WYLIE; JOHN DOE 1-111;<br><br>Defendants. | Case No.<br><br>18-cv-_____ (CM)<br><br>**IFP AFFIDAVIT**<br>**(AFFIANT CHAVEZ w/ d/b/a(s) FINE ARTS EDUCATION REFORM's, et al.**<br>**OATH OF INABILITY TO PAY COURT COSTS)** |

Plaintiff, appearing *Sui Juris IFP*, Juan Pablo Chavez ("Plaintiff" or "Chavez"), along with the wholly-owned-intermediaries of Chavez' closely held corporation, GRBK MUSIC GROUP DBA JOHNNY ARCO, and TSE MANAGEMENT LLC DBA REASON, LOGIC & LAW DBA BFLAT+ MEDIA PUBLISHING, (collectively the "Intermediaries" and "Plaintiffs") and his closely held corporation, FAER FOUNDATION, INC. DBA FINE ARTS EDUCATION REFORM (the "Closely Held Corporation" and "Plaintiffs"), on Monday August 27, 2018 at 3:16 P.M. EST, hereby submit to these Courts this *IFP* Affidavit and In Camera Oath:

**IFP AFFIDAVIT**
Page 1 of 3

1. Nature of action: This is an action for breach of contract, *inter alia*.
2. Defense and/or Appeal:
   a. We need counsel, not "representation" pursuant to 28 U.S.C. 1915(e)(1) for each legal and natural person plaintiff.
   b. We need deliberate, continuing efforts to make certain we understand what is require of us to state claims granting relief.
   c. We're being horrible discriminated against based on education, employment, and transient status, and need affirmative action for American writers and inventors ("Artists") to make secure the Progress of America pursuant to U.S. Const. 1(8)(8).
   d. We're under duress, our lives and liberties are in danger and we're being denied access to writing utensils, postage, and "Paper". In such circumstances, it is in the interest of justice that an email from a free social services phone shall serve as "Paper".
3. Affiant's belief that the person is entitled to redress: Me and my wholly-owned entities and intermediaries are persons as defined by the U.S. Code. We've been harmed beyond measure by British Pirates and there's no adequate remedy at law. As such, we have no access to "Paper" or the ability to serve. We were discriminated against based on transient status, education and employment. Our exclusive management, TSE Management LLC, is the real party in interest for many of the claims that could be asserted and FAER FOUNDATION, INC is the true "person" deserving "credit" for the derivative works.
4. Rowland is wrong, manifest injustice. We are not criminals. We are not addicted. We don't want free cigarettes. We're not okay living jail.
5. For 200+ years there was no internet or push-of-a-button-from-a-smart-phone state line transcending entrepreneurs.
6. Since 1993 there have been.
7. Since 1993, our Nation has acquired a new Supreme Court Justice familiar with employment discrimination like the aforementioned.
8. Our Nation is suffering from a homeless epidemic, now.
9. Our Nation is suffering from a mental illness epidemic, now.
10. Pursuant to 28 U.S.C. § 1915(a), a plaintiff may commence an action without paying the filing fees where [he] submits an affidavit stating that [he] lacks sufficient funds and where [his] suit is not frivolous or malicious. *Franklin v. Murphy, 745 F.2d 1221, 1226 (9th Cir.1984).*
11. An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life. *Adkins v. E.I. DuPont de Nemours & Co., 335 U.S. 331, 339, 69 S.Ct. 85, 93 L.Ed. 43 (1948).*
12. We aver that we cannot pay the court costs...and we most definitely cannot afford the necessities of life.
13. The IFP statute does not itself define what constitutes insufficient assets. As this court has recognized, "[o]ne need not be absolutely destitute to obtain benefits of the in forma pauperis statute." *Jefferson v. United States, 277 F.2d 723, 725 (9th Cir.1960).*
14. We aver we are absolutely destitute.

15. Nonetheless, a plaintiff seeking IFP status must allege poverty "with some particularity, definiteness and certainty." <u>United States v. McQuade, 647 F.2d 938, 940 (9th Cir.1981)</u> (internal quotation marks omitted).

16. We avers our poverty is particular to Professional American Fine Artistry due to the aim of intellectual pirates effective attempts to halt the Progress of America.

17. We are definitely poor and certainly unable to pay for any pursuit of happiness or corrective justice.

18. In commenting on the required payment of only a $30 fee in a different context, Judge David Hamilton has noted that while this amount "may not seem like much to the governing class in our society, including lawyers and judges, it is for too many people a vital amount of cash." <u>Markadonatos v. Village of Woodridge, 739 F.3d 984, 1000 (7th Cir.2014) (Hamilton, J., dissenting)</u> (describing how a $30 fee represented the "average allotment under the federal Food Stamp program ... to help feed an adult for a week" as well as the wages for more than a half day of work under the federal minimum wage), rehearing en banc granted, opinion vacated, 760 F.3d 545 (7th Cir.2014).

19. Pleadings must be construed so as to do justice. Please do not violate Rule 8(e)?

## PRAYER FOR RELIEF

1. Grant us the cure, Honorable Judges... please? We deserve the privacy, and the opportunities that that privacy affords us! It's time to redress.
2. British marauders have raped us of every right, leaving us with a longsuffering, meek life. Please do not let them take our right to a just, speedy, and inexpensive determination at trial?

DATED: AUGUST 27, 2018                    *SUI JURIS*

                                                    /s/ Fine Arts Education Reform
                                                  /s/ TSE Management LLC
                                                  /s/ Bflat+ Media Publishing
                                                  /s/ FAER FOUNDATION, INC.
                                                  /s/ Reason, Logic & Law
                                                  /s/ GRBK Music Group
                                                  /s/ Johnny Arco
                                                  /s/ Juan Pablo Chavez

                                            JUAN PABLO CHAVEZ
                                            420 COURTLAND ST NE,
                                            ATLANTA, GA 30308
                                            (302) 566-JUAN
                                            JCHAVEZ@ALUMNI.BERKLEE.EDU

# EXHIBIT "A"

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN PABLO CHAVEZ, et al. ) | |
| *Plaintiff/Petitioner* ) | |
| v. ) | Civil Action No. |
| GREGORY WYLIE VIOLIN MAKER, et al. ) | |
| *Defendant/Respondent* ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

### Affidavit in Support of the Application

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: s/ JUAN PABLO CHAVEZ     Date: 08 / 27 / 2018

s/ FAER FOUNDATION d/b/a/ FINE ARTS EDUCATION REFORM
s/ TSE MANAGEMENT LLC d/b/a REASON, LOGIC & LAW d/b/a BFLAT+ MEDIA PUBLISHING   s/ GRBK MUSIC GROUP d/b/a JOHNNY ARCO

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0. | $ 0. | $ 0. | $ 0. |
| Self-employment | $ 0. | $ 0. | $ 0. | $ 0. |
| Income from real property *(such as rental income)* | $ 0. | $ 0. | $ 0. | $ 0. |
| Interest and dividends | $ 0. | $ 0. | $ 0. | $ 0. |
| Gifts | $ 0. | $ 0. | $ 0. | $ 0. |
| Alimony | $ 0. | $ 0. | $ 0. | $ 0. |
| Child support | $ 0. | $ 0. | $ 0. | $ 0. |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ 998.00 | $ 0.00 | $ 2,800.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total monthly income:** | $ 998.00 | $ 0.00 | $ 2,800.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Disabled | n/a | disabled | $ 0.00 |
| '''' | '''' | '''' | $ 0.00 |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| n/a | n/a | n/a | $ 0.00 |
| n/a | n/a | n/a | $ 0.00 |
| n/a | n/a | n/a | $ 0.00 |

4. How much cash do you and your spouse have? $ 672.55

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Bank of America | Personal Checking | $ 672.51 | $ 0.00 |
| Paypal | Business Debit | $ 0.04 | $ 0.00 |
| n/a | n/a | $ 0.00 | $ 0.00 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ 0.00 |
| Other real estate *(Value)* | $ 0.00 |
| Motor vehicle #1 *(Value)* | $ 0.00 |
|     Make and year: n/a | |
|     Model: n/a | |
|     Registration #: n/a | |
| Motor vehicle #2 *(Value)* | $ 0.00 |
|     Make and year: n/a | |
|     Model: n/a | |
|     Registration #: n/a | |
| Other assets *(Value)* | $ 0.00 |
| Other assets *(Value)* | $ 0.00 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| The British Broadcasting Corp. | $ 7,000,000.00 | $ 0.00 |
| American Idol Productions | $ 3,000,000,000.00 | $ 0.00 |
| People of State of California | $ 1,797,777,778.99 | $ 0.00 |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| n/a | n/a | |
| n/a | n/a | |
| n/a | n/a | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included?  ☐ Yes  ☑ No<br>Is property insurance included?  ☐ Yes  ☑ No | $ 0.00 | $ 0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 0.00 | $ 0.00 |
| Home maintenance *(repairs and upkeep)* | $ 0.00 | $ 0.00 |
| Food | $ 300.00 | $ 0.00 |
| Clothing | $ 300.00 | $ 0.00 |
| Laundry and dry-cleaning | $ 50.00 | $ 0.00 |
| Medical and dental expenses | $ 1,800.00 | $ 0.00 |
| Transportation *(not including motor vehicle payments)* | $ 1,000.00 | $ 0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ 0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: n/a | $ 0.00 | $ 0.00 |
| Life: Yes. gerber baby life insurance plan. | $ 0.00 | $ 0.00 |
| Health: Medical | $ 0.00 | $ 0.00 |
| Motor vehicle: n/a | $ 0.00 | $ 0.00 |
| Other: n/a | $ 0.00 | $ 0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ 5.00 | $ 0.00 |
| Installment payments | | |
| Motor vehicle: | $ 0.00 | $ 0.00 |
| Credit card *(name)*: | $ 0.00 | $ 0.00 |
| Department store *(name)*: | $ 0.00 | $ 0.00 |
| Other: Student loans to Berklee College of Music | $ 50,000.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 4,000.00 | $ 0.00 |
| Other *(specify)*: Mental Health | $ 1,000.00 | $ 0.00 |
| **Total monthly expenses:** | $ 58,455.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☑ Yes     ☐ No     If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ☑ Yes  ☐ No

    If yes, how much?  $ 200.00

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    I am destitue, intellectually indigent which has resulted in material indigence. A corporate veil and security of right pursuant to U.S. 1 (8)(8) are needed as a remedy. Please redress, regulate and allow independent, entreprenuerial American artists, writers and inventors access to counsel and their own corporate viel of at least one LLC d/ba d/ba, a foundation and an s-corp? Thank you.

12. Identify the city and state of your legal residence.
    Washington D.C.

    Your daytime phone number:    (202) 643-3529

    Your age:  32    Your years of schooling:   28

# EXHIBIT "B"

8/27/2018                                          Bank of America | Online Banking | Accounts Overview

**Bank of America** 〉〉〉     Online Banking

*How can we help you?*    🔍

Accounts | Bill Pay | Transfer | Send | Special Offers & Deals | Tools & Investing | Open an Account | Help & Support

Contact us

**Hello, Juan**  Update Profile | Security Center

**Personal accounts**[a]

BofA Core Checking - 6433                                              $672.51
Quick View                    Checking and Savings together

**Investment accounts**

MERRILL
EDGE
Bank of America Corporation

A new, personalized way to track your portfolio's performance. Plus, **Get up to $600 when you invest in a new Merrill Edge® account**.

Get Started with Merrill Edge® >>

Open a new account

[a] For checking, savings, and money market accounts, the balance may reflect transactions that have not yet posted to your account. For credit card, Gold Option and Gold Reserve accounts, the balance may not reflect recent transactions or pending payments.

Last sign in 08/27/2018 at 02:48 PM ET

🔒 **Secure Area**                                                              En Español | Sign Out

Locations | Contact Us | 👤 Browse with Specialist | Privacy & Security | Online Banking Service Agreement | Advertising Practices

Investment and insurance products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|
| Are Not Deposits | Are Not Insured By Any Federal Government Agency | Are Not a Condition to Any Banking Service or Activity |

Banking, credit card, automobile loans, mortgage and home equity products are provided by Bank of America, N.A. and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation. Credit and collateral are subject to approval. Terms and conditions apply. This is not a commitment to lend. Programs, rates, terms and conditions are subject to change without notice.

Investing in securities involves risks, and there is always the potential of losing money when you invest in securities. You should review any planned financial transactions that may have tax or legal implications with your personal tax or legal advisor.

Merrill Lynch is the marketing name for Merrill Lynch and Merrill Edge® which are made available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S).

Merrill Lynch Wealth Management makes available products and services offered by MLPF&S and other subsidiaries of Bank of America Corporation. Merrill Edge is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and consists of the Merrill Edge Advisory Center (investment guidance) and self-



| | |  | |
|---|---|---|---|
| Merchant Account ID: 9RJXZUPKBNQK2 | PayPal ID:<br>time.space.energy.mgmt@gmail.com | | 7/1/2018 - 7/31/2018 |

## Statement for July 2018

TSE MANAGEMENT LLC
501 Wynnewood Village
#407
75224 DALLAS

## Balance Summary (7/1/2018 - 7/31/2018)

|  | Available beginning | Available ending | Withheld beginning | Withheld ending |
|---|---|---|---|---|
| USD | 28.81 | 0.04 | 0.00 | 0.00 |

Page 1