USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/19/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN PABLO CHAVEZ,

    Plaintiff,

v.

GREGORY WYLIE, GREGORY WYLIE VIOLIN MAKER, and JOHN DOE 1-9,

    Defendants.

No. 18-CV-7965 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of a letter from Plaintiff dated November 18, 2019, which appears to constitute Plaintiff's objections to Magistrate Judge Gorenstein's Report and Recommendation. In his November 18 letter, Plaintiff also appears to request that his objections be filed under seal. The Court cannot discern any basis for sealing Plaintiff's letter in its entirety. *See Lugosch v. Pyramind Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006) ("[S]ealing of the documents may be justified only with specific, on-the-record findings that sealing is necessary to preserve higher values and only if the sealing order is narrowly tailored to achieve that aim."). To the extent that Plaintiff requests to file his November 18 letter under seal, that request is denied.

    Plaintiff is advised that if he seeks sealing of any future filing in this action, he shall do so in accordance with Paragraph 5(A) of the Court's Individual Rules & Practices in Civil Cases, which provides: "Any party wishing to file in redacted form any document, or any portion thereof, must make a specific request to the Court by letter explaining the reasons for seeking to file that document under seal. The party must attach to its letter: (1) one full set of the relevant document(s) in highlighted form (i.e., with the words, phrases, or paragraphs to be redacted

highlighted), and (2) one partial, looseleaf set of solely those pages on which the party seeks to redact material. Upon receiving these documents, the Court will individually review the proposed redactions. Chambers will file under seal the unredacted pages for which the Court has approved redactions, and the party shall then file the redacted version of the document(s) on ECF."

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: November 19, 2019
       New York, New York

Ronnie Abrams
United States District Judge