**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUAN PABLO CHAVEZ,

       Plaintiff,         18 **CIVIL** 7965 (RA)

  -against-            **JUDGMENT**

GREGORY WYLIE, GREGORY WYLIE
VIOLIN MAKER, and JOHN DOE 1-9.

       Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 17, 2019, the Report and Recommendation is adopted in its entirety; Defendant's motion to dismiss is granted, and Chavez's breach of contract and discrimination claims are dismissed; accordingly, this case is closed.

**DATED:** New York, New York
      December 18, 2019

                   **RUBY J. KRAJICK**
                    Clerk of Court
             BY:
                    Deputy Clerk

                THIS DOCUMENT WAS ENTERED
                ON THE DOCKET ON _____